ALEXANDER SMITH & SONS' CARPET COMPANY, Respondent, *v.* HALCYON SKINNER, Appellant.

(Argued January 20, 1896; decided January 31, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 27, 1895, which affirmed an order of Special Term granting an injunction *pendente lite.*

*Ralph E. Prime* for appellant.

*John F. Brennan* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

JONAS SALTZMAN, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

Reported below, 73 Hun, 567.
(Argued January 21, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 11, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Matthew Hale* for appellant.

*Roswell H. Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY and BARTLETT, JJ., not sitting.